**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **V.** | : | **CIVIL NO.   PJM-05-3180** |
| **DUSTIN JOHN HIGGS** | : | |

...oooOooo...

**LINE**

Madam Clerk:

Please enter the appearance of Sujit Raman as counsel for the government for all purposes

in the above-captioned case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____

Sujit Raman
Assistant United States Attorney