**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DUSTIN JOHN HIGGS** | **:** |
| **V.** | **:   CIVIL NO.   PJM-05-3180** |
| | **:** |
| **UNITED STATES OF AMERICA** | |
| | **LINE** |

Madam Clerk:

Please enter the appearance of James A. Crowell IV., as counsel for the government for all

purposes in the above-captioned case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____
James A. Crowell IV
Assistant United States Attorney

United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770
(301) 344-4433